United States District Court
Southern District of Texas
**ENTERED**
October 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Christopher Contreras, et al,<br>Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-17-2284 |
| Collateral Recovery Team, LLC, et al,<br>Defendants. | §<br>§<br>§ | |

## O R D E R

In accordance with the Notice of Dismissal filed on September 5, 2017 (docket entry no. 5), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 23rd day of October, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE